# UNITED STATES BANKRUPTCY COURT
**Northern District of Indiana**
**South Bend Division**

In Re: Debtor(s) (name(s) and address)
Shannon A. Kolat
xxx–xx–8043

3817 Westshore Dr.
Bremen, IN 46506
Kymberlie J. Kolat
aka Kym J. Kolat
xxx–xx–3216
3817 Westshore Dr.
Bremen, IN 46506

aka Kym J. Kolat

Case Number: 13–33305–hcd

Chapter: 7

## NOTICE OF NEED TO FILE PROOF OF CLAIM
## DUE TO RECOVERY OF ASSETS

NOTICE IS GIVEN THAT:

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the Clerk of the Bankruptcy Court at the address below on or before:

> Date: April 24, 2014

Last day to file claims for governmental units is:

> Date: May 19, 2014

Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

A Proof of Claim form ("Official Form B 10") can be obtained at the United States Courts Web Site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. It may be filed by regular mail. To receive acknowledgment of your filing, you may either enclose a stamped self–addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) to view your filed proof of claim.

There is no fee for filing the proof of claim.

Any creditor who has filed a proof of claim already need not file another proof of claim.

Address of the Bankruptcy Court
OFFICE OF THE CLERK
U.S. BANKRUPTCY COURT
401 South Michigan Street
SOUTH BEND, IN 46601

Christopher M. DeToro
_____
Clerk, United States Bankruptcy Court

Dated: January 22, 2014 .

Document No. 25